IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MICHAEL JAMES FIFIELD

                 Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                 Defendants.

Case No. 3:15 CV 02180-CL

O R D E R

Magistrate Judge Clarke filed Findings and Recommendation on January 10, 2017. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections and the defendant has timely filed a response. I have, therefore, given de novo review of Magistrate Judge Clarke's rulings.

I find no error.

THEREFORE, IT IS HEREBY ORDERED that I adopt Magistrate Judge Clarke's Findings and Recommendation filed January 10, 2017 in its entirety.

Dated this 30 day of March, 2017.

_____
Ann Aiken, United States District Judge